UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JARQUAZE TOWNSEND, (9)

        Defendant.
_____/

Case No. 22-CR-20187(9)

HON. THOMAS LUDINGTON

## **STIPULATION TO SUBSTITUTION OF COUNSEL**

      The parties hereby stipulate and agree that Attorney Ray Richards shall be substituted as counsel for the defendant in this case, in the place of assigned counsel Attorney Elias Escobedo.

      At the time of Defendant Townsend's arraignment, he signed an financial affidavit stating he was personally unable to afford legal counsel to represent his interests. He was then assigned court appointed counsel-Mr. Escobedo. Thereafter, Mr. Townsend's immediate family individually and collectively raised the funds to retain counsel on his behalf.

      Mr. Townsend has no objection to Mr. Ray Richards representing him going forward and consents to this substitution.

| | |
|---|---|
| s/Elias Escobedo w/consent | s/Ray Richards |
| Elias Escobedo (P37808) | Ray Richards (P56972) |
| 995 West Huron Street | 200 East Big Beaver Rd |
| Waterford, MI 48328 | Troy, MI 48083 |
| 248-682-8400 | (313)694-8400 |
| elias@escobedolaw | rayrichardsesq@gmail.com |

Dated: July 29, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JARQUAZE TOWNSEND,

    Defendant.
_____/

Case No. 1:22-CR-20187-9

HON. THOMAS LUDINGTON

## **ORDER ALLOWING SUBSTITUTION OF COUNSEL**

Upon stipulation of the parties, and this Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that Attorney Ray Richards shall be substituted for Attorney Elias Escobedo as Mr. Townsends counsel of record in the above entitled matter.

**SO ORDERED**.

Dated: August 2, 2022

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge